

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-17-00835-CR

James Edward **STRIBLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4270
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due February 5, 2018. However, neither the record nor a notification of late record was filed by the court reporter. Accordingly, on February 12, 2018, we sent the reporter a Rule 37.3 notice, advising the reporter that the record was past due. In response, on February 14, 2018, the court reporter filed a notification of late record asking for additional time in which to file the record, i.e., twenty-eight days from the date of the notification of late record, which is thirty-seven days from the original due date. After review, we **GRANT** the reporter's request and **ORDER** the court reporter to file the reporter's record in this court on or before March 14, 2018.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court